| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A. | 2. Court or Organization<br><br>Third Circuit Court of Appeals | 3. Date of Report<br><br>5/4/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

844 N. King Street
Unit 10
Wilmington, DE 19801

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Member of Execuitve Committee | Richard S. Rodney Inn of Court |
| 2. | Board Member | American Inns of Court |
| 3. | Board Member | Ministry of Caring |
| 4. | Board Member | Sacred Heart Village |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2/2011 | Vanderbilt University - teaching | $8,955.00 |
| 2. 9/2011 | University of Pennsylvania School of Law - teaching | $10,000.00 |
| 3. 9/2011 | Vanderbilt University - teaching | $8,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 7/11-12/11 | Webster Dermatology - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University | 1/18/11 | Washington, DC | judging moot court competition | food and transportation |
| 2. | Vanderbilt University | 2/11-19/11 | Nashville, TN | teaching | food, lodging and transportation |
| 3. | Harvard University | 3/10-11/11 | Boston, MA | speaker at seminar | food, lodging and transportation |
| 4. | Pittsburgh Intellectual Property Law Assoc. | 3/15-16/11 | Pittsburgh, PA | speaker at seminar | food, lodging and transportation |
| 5. | New York Intellectual Property Law Assn. | 3/25-26/11 | New York, NY | annual dinner | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | Intellectual Property Owners Association | 5/21-26/11 | Brussels | speaker at seminar | food, lodging and transportation |
| 7. | Vanderbilt University | 9/24-30/11 | Nashville, TN | teaching | food, lodging and transportation |
| 8. | The Sedona Conference | 10/12-14/11 | Del Mar, CA | speaker at seminar | food, lodging and transportation |
| 9. | American Intellectual Property Law Assn. | 10/20/11 | Washington, DC | speaker | food and transportation |
| 10. | American Inn of Court Foundation and Rodney Inn of Court | 11/4-5/11 | Washington, DC | Annual Board Meeting | food, lodging and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Schwab U.S. Treasury Money Fund | A | Dividend | L | T | | | | | |
| 2.  Gateway Index Plus Fund | A | Dividend | K | T | Sold (part) | 8/9/11 | J | A | |
| 3. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 4.  Loomis Sayles Bond | A | Dividend | K | T | Sold (part) | 9/23/11 | J | A | |
| 5. | | | | | Buy (add'l) | 10/24/11 | J | | |
| 6. | | | | | Sold (part) | 11/21/11 | J | A | |
| 7. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 8.  Pioneer High Yield Fund Class A | A | Dividend | | | Sold (part) | 8/4/11 | J | A | |
| 9. | | | | | Sold | 8/8/11 | J | A | |
| 10.  Pioneer Global High Yield A | A | Dividend | | | Sold (part) | 8/9/11 | J | A | |
| 11. | | | | | Sold | 8/24/11 | J | A | |
| 12.  JPMorgan Core Plus Bond A | A | Dividend | K | T | | | | | |
| 13.  T. Rowe Price Capital Appreciation | | None | | | Sold (part) | 8/8/11 | J | A | |
| 14. | | | | | Sold | 8/18/11 | J | A | |
| 15.  Rydex Technology | | None | | | Buy | 2/2/11 | J | | |
| 16. | | | | | Sold (part) | 3/10/11 | J | A | |
| 17. | | | | | Sold (part) | 6/10/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 6/16/11 | J | A | |
| 19. Schwab Emerging Markets Equity | A | Dividend | | | Sold (part) | 5/24/11 | J | | |
| 20. | | | | | Sold | 8/5/11 | J | | |
| 21. Franklin Convertible Securities A | A | Dividend | | | Buy | 2/8/11 | K | | |
| 22. | | | | | Sold (part) | 8/3/11 | J | A | |
| 23. | | | | | Sold | 8/8/11 | J | A | |
| 24. Rydex Inverse Emerging Markets 2X | | None | | | Buy | 3/11/11 | J | | |
| 25. | | | | | Sold | 7/8/11 | J | | |
| 26. DireXion HY Bear Fund | | None | | | Buy | 6/17/11 | J | | |
| 27. | | | | | Buy (add'l) | 8/2/11 | J | | |
| 28. | | | | | Sold | 10/12/11 | K | | |
| 29. ProFunds Short Real Estate | | None | | | Buy | 9/29/11 | J | | |
| 30. | | | | | Sold | 10/21/11 | J | | |
| 31. DWS High-Yield Fund | A | Dividend | K | T | Buy | 10/26/11 | J | | |
| 32. | | | | | Buy (add'l) | 10/27/11 | J | | |
| 33. Rydex Healthcare | | None | K | T | Buy | 11/3/11 | J | | |
| 34. | | | | | Buy (add'l) | 11/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/22/11 | J | | |
| 36. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 37. Rydex Inverse High Yield Strategy H | | None | | | Buy | 11/17/11 | J | | |
| 38. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 39. | | | | | Sold (part) | 11/28/11 | J | | |
| 40. | | | | | Sold | 12/2/11 | J | | |
| 41. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 42. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 43. Texaco/Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A. | 5/4/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kent A. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544